UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOON BANG, *et al.*, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>BMW OF NORTH AMERICA, LLC and BAVARIAN MOTOR WORKS,<br><br>    *Defendants*. | Civil Action No. 15-6945<br><br>ORDER |

**THIS MATTER** comes before the Court by way of Defendant BMW of North America, LLC's ("BMW NA") motion to dismiss Plaintiffs Joon Bang, et al.'s ("Plaintiffs") Second Amended Complaint; Dkt. No. 35;

and the Court having considered the parties' briefing in support of and in opposition to the motion;

and for the reasons set forth in the accompanying Opinion;

**IT IS** on this 1st day of December, 2016,

**ORDERED** that Defendant's motion to dismiss, Dkt. No. 35, is **DENIED**.

                                                            */s Madeline Cox Arleo*_____
                                                            **Hon. Madeline Cox Arleo**
                                                            UNITED STATES DISTRICT JUDGE