# David C. Wright

| | |
|---|---|
| **From:** | Matthew D. Schelkopf |
| **Sent:** | Friday, August 25, 2017 9:53 AM |
| **To:** | David C. Wright; Eric Barton |
| **Subject:** | FW: Bang v. BMW |
| **Attachments:** | Joint Letter to the Court - Pltf revised draft 6-20-17.docx |

**From:** Matthew D. Schelkopf
**Sent:** Tuesday, June 20, 2017 11:31 AM
**To:** 'Rivlin, Daniel Z.' <daniel.rivlin@bipc.com>
**Cc:** Woods, Lauren Adornetto <lauren.woods@bipc.com>; Dalton, Christopher <christopher.dalton@bipc.com>; Bruno, Rosemary J. <rosemary.bruno@bipc.com>; Eric Barton <ebarton@wcllp.com>; David C. Wright <dcw@mccunewright.com>; Matthew D. Schelkopf <mds@mccunewright.com>
**Subject:** RE: Bang v. BMW

Dan,

We are agreeable to providing until and including August 8th for BMW AG to respond to Plaintiffs' CSAC. Also, as to mediation, our team is available July 12. Lastly, attached is the amended joint letter. Please review and insert BMW's position. As discussed, we need to file tomorrow.

Thanks,
Matt

## Matthew D. Schelkopf

Partner

**McCUNE · WRIGHT · AREVALO, LLP**

610.200.0581  |  555 Lancaster Avenue  |  Berwyn, PA 19312  **|  McCuneWright.com**



**Confidentiality Notice:** The information contained in this electronic e-mail and any accompanying attachments is intended only for the use of the intended recipient and is non-public in nature and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure, dissemination or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system and promptly destroy any copies made of this electronic message.

**From:** Rivlin, Daniel Z. [mailto:daniel.rivlin@bipc.com]
**Sent:** Monday, June 19, 2017 2:34 PM
**To:** Matthew D. Schelkopf <mds@mccunewright.com>

**Cc:** Woods, Lauren Adornetto <lauren.woods@bipc.com>; Dalton, Christopher <christopher.dalton@bipc.com>; Bruno, Rosemary J. <rosemary.bruno@bipc.com>
**Subject:** Bang v. BMW

Matt:

As discussed, BMW AG requests that for now, its time to answer or otherwise move with respect to the Consolidated Second Amended Class Action Complaint be extended through and including August 8th. Hopefully between now and then we can get our mediation scheduled and we can make adjustments to the August 8th date if necessary once the mediation date is finalized.

Dan

**Daniel Z. Rivlin**
**Shareholder**

1290 Avenue of the Americas, 30th Floor
New York, NY 10104-3001
212 440 4511 (T)
212 440 4401 (F)

550 Broad Street, Suite 810
Newark, NJ 07102-4582
973 424 5622 (T)
973 273 9430 (F)
daniel.rivlin@bipc.com

vCard | Bio | BIPC.com | Twitter | LinkedIn

**Buchanan Ingersoll & Rooney PC**
KNOW GREATER PARTNERSHIP

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.