Exhibit L

| | |
|---|---|
| **From:** | Rivlin, Daniel Z. <daniel.rivlin@bipc.com> |
| **Sent:** | Friday, September 08, 2017 10:31 AM |
| **To:** | Matthew D. Schelkopf; Dalton, Christopher |
| **Cc:** | David C. Wright; Eric Barton; Melody Dickson; Sarah Ruane; Bruno, Rosemary J.; Weyand, Jacqueline M. |
| **Subject:** | RE: Bang v BMW |

Matt:

We will be talking to BMW Monday or Tuesday at the latest with regard to your letter/emails. I will update you thereafter as to the responses.

Thanks

Dan

**Daniel Z. Rivlin**
**Shareholder**

1290 Avenue of the Americas, 30th Floor
New York, NY 10104-3001
212 440 4511 (T)
212 440 4401 (F)

550 Broad Street, Suite 810
Newark, NJ 07102-4582
973 424 5622 (T)
973 273 9430 (F)
daniel.rivlin@bipc.com

vCard | Bio | BIPC.com | Twitter | LinkedIn

**Buchanan Ingersoll & Rooney PC**
KNOW GREATER PARTNERSHIP

---

**From:** Matthew D. Schelkopf [mailto:mds@mccunewright.com]
**Sent:** Friday, September 08, 2017 1:25 PM
**To:** Dalton, Christopher; Rivlin, Daniel Z.
**Cc:** David C. Wright; Eric Barton; Melody Dickson; Sarah Ruane; Matthew D. Schelkopf
**Subject:** RE: Bang v BMW

Chris and Dan,

We first circulated the joint letter regarding discovery disputes to you on August 22. At that time, we also requested that you provide Defendant's position with respect to the issues in dispute. I have inquired as to the status of Defendant's response several times since then with no response from you. It will have been three weeks since we circulated the draft joint statement this coming Tuesday, September 12. If we do not have BMW's position with respect to the discovery issues in dispute by close of business on Tuesday, we will

proceed with the filing of Plaintiff's separate statement re discovery dispute on Wednesday. Additionally, I have still not received a response to our August 24 letter requesting deposition dates for Defendant's 30b6 designees.

Thanks,
Matt

## Matthew D. Schelkopf

Partner

**McCUNE · WRIGHT · AREVALO, LLP**

610.200.0581   |   555 Lancaster Avenue   |   Berwyn, PA 19312   **|   McCuneWright.com**



**Confidentiality Notice:** The information contained in this electronic e-mail and any accompanying attachments is intended only for the use of the intended recipient and is non-public in nature and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure, dissemination or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system and promptly destroy any copies made of this electronic message.

**From:** Matthew D. Schelkopf
**Sent:** Thursday, September 07, 2017 4:18 PM
**To:** Dalton, Christopher <christopher.dalton@bipc.com>; Rivlin, Daniel Z. <daniel.rivlin@bipc.com>
**Cc:** David C. Wright <dcw@mccunewright.com>; Eric Barton <ebarton@wcllp.com>; Melody Dickson <mdickson@wcllp.com>; Sarah Ruane <sruane@wcllp.com>; Matthew D. Schelkopf <mds@mccunewright.com>
**Subject:** Bang v BMW

Chris and Dan,

Can you please let us know the status of BMW's responses regarding my previous emails (attached)?

Thanks,
Matt

## Matthew D. Schelkopf

Partner

**McCUNE · WRIGHT · AREVALO, LLP**

610.200.0581   |   555 Lancaster Avenue   |   Berwyn, PA 19312   **|   McCuneWright.com**



**Confidentiality Notice:** The information contained in this electronic e-mail and any accompanying attachments is intended only for the use of the intended recipient and is non-public in nature and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure, dissemination or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system and promptly destroy any copies made of this electronic message.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.