

October 24, 2017

Matthew D. Schelkopf
mds@mccunewright.com
Phone: 610.200.0581
Fax: 610.717.6426

Honorable Steven C. Mannion, U.S.M.J.
United States District Court
U.S. Post Office & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   *Bang, et al. v. BMW of North America, LLC, et al.*
      Case No. 2:15-cv-06945-MCA-SCM

Dear Judge Mannion:

      I write on behalf of all counsel in anticipation of the conference call currently scheduled before Your Honor on October 26. Following the October 11 conference call, counsel for all parties have had an opportunity to discuss the settlement approval process collectively and also with their respective clients. After further consideration, the parties have elected to proceed forward with the settlement approval process before District Judge Arleo. Therefore, the parties respectfully request that the October 26 conference call be cancelled unless Your Honor has other items that the parties should address.

      Respectfully submitted,
MCCUNE WRIGHT AREVALO, LLP

/s/ *Matthew D. Schelkopf*

Matthew D. Schelkopf
Liaison Counsel for Plaintiffs

cc:  All Counsel of Record