# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOON BANG, RAZVAN VICTOR BENGULESCU, GERALD BEZEMS, SCOTT CROCKETT, RIFAT GORENER, CHRISTOPHER LESIEUR, LAWRENCE MARCUS, and MIKHAIL SULEYMANOV, individually and on behalf of others similarly situated,<br><br>            Plaintiffs,<br><br>   vs.<br><br>BMW OF NORTH AMERICA, LLC, BAVARIAN MOTOR WORKS, and DOES 1 through 10, inclusive,<br><br>            Defendants. | No. 2:15-cv-6945 (MCA)(SCM)<br><br>**CLASS ACTION** |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER GRANTING PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT AND CERTIFYING A SETTLEMENT CLASS**

For the reasons set forth in the Memorandum of Law submitted herewith, Plaintiffs respectfully request that this Court enter an Order: (1) conditionally certifying a class action with respect to the claims against Defendants pursuant to Federal Rules of Civil Procedure Rules 23(a) and 23(b)(3) for the purpose of effectuating a class action settlement of the claims against Defendants; (2) preliminarily approving the settlement; (3) directing notice to Settlement Class Members consistent with the notice plan in the Settlement Agreement; (4)

appointing McCune Wright Arevalo, LLP and Wagstaff & Cartmell LLP as Settlement Class Counsel; and (5) scheduling a final approval hearing.

Dated:  May 4, 2018                                     Respectfully submitted,

**McCune Wright Arevalo LLP**

By: *//s// Matthew D. Schelkopf*
Joseph G. Sauder
Matthew D. Schelkopf
Joseph B. Kenney
**MCCUNE WRIGHT AREVALO, LLP**
555 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
jgs@mccunewright.com
mds@mccunewright.com
jbk@mccunewright.com

David C. Wright
**MCCUNE WRIGHT AREVALO, LLP**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275
dcw@mccunewright.com

Eric D. Barton
Sarah Ruane
Melody Dickson
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1100
ebarton@wcllp.com
sruane@wcllp.com
mdickson@wcllp.com

*Proposed Settlement Class Counsel*

## **CERTIFICATE OF SERVICE**

I, Matthew D. Schelkopf, hereby certify that on May 4, 2018, the foregoing motion and its accompanying materials were filed via the Court's ECF filing system, thereby electronically serving it on all counsel of record.

*/s/ Matthew D. Schelkopf*
Matthew D. Schelkopf
