# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOON BANG, RAZVAN VICTOR BENGULESCU, GERALD BEZEMS, SCOTT CROCKETT, RIFAT GORENER, CHRISTOPHER LESIEUR, LAWRENCE MARCUS, and MIKHAIL SULEYMANOV, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br> vs.<br><br>BMW OF NORTH AMERICA, LLC, BAVARIAN MOTOR WORKS, and DOES 1 through 10, inclusive,<br><br>    Defendants. | No. 2:15-cv-6945 (MCA)(LDW)<br><br>**CLASS ACTION** |

## DECLARATION OF MATTHEW D. SCHELKOPF IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

I, Matthew D. Schelkopf, declare as follows:

1. I am a member of the law firm of McCune Wright Arevalo, LLP, and proposed Settlement Class Counsel for Plaintiffs in the above-captioned action. I am admitted to practice before the Supreme Courts of Pennsylvania and New Jersey. I submit this Declaration in Support of Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement.

1

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Settlement Agreement in this Action.

3. Attached hereto as **Exhibit 1-A** is true and correct copy of the Claim Form.

4. Attached hereto as **Exhibit 1-B** is a true and correct copy of the Notice.

5. Attached hereto as **Exhibit 1-C** is a true and correct copy of the proposed Preliminary Approval Order.

6. Attached hereto as **Exhibit 2** is a true and correct copy of the firm resume of proposed Settlement Class Counsel McCune Wright Arevalo, LLP.

7. Attached hereto as **Exhibit 3** is a true and correct copy of the firm resume of proposed Settlement Class Counsel Wagstaff & Cartmell LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 4, 2018                              Respectfully submitted,

By: */s/ Matthew D. Schelkopf*
Matthew D. Schelkopf
Joseph B. Kenney
**MCCUNE WRIGHT AREVALO, LLP**
555 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
mds@mccunewright.com
jbk@mccunewright.com

## **CERTIFICATE OF SERVICE**

I, Matthew D. Schelkopf, certify that I caused the foregoing to be electronically filed in this case on May 4, 2018, using the Court's CM/ECF System, thereby serving it upon all counsel of record in this case.

*/s/ Matthew D. Schelkopf*
Matthew D. Schelkopf
