

# WAGSTAFF & CARTMELL RESUME

**PHONE** 816.701.1100
**FAX** 816.531.2372

**4740 GRAND AVENUE, SUITE 300**
KANSAS CITY, MO 64112

**WAGSTAFFCARTMELL**.COM

816.701.1100   WAGSTAFFCARTMELL.COM

# OVERVIEW

With a national reach from the heart of the Midwest, Wagstaff & Cartmell enjoys a strong reputation throughout the country in high-stakes litigation and trial practice.

Founded in 1997 when Tom Wagstaff and Tom Cartmell left a large Kansas City firm to form a boutique, the original vision of Wagstaff and Cartmell was to be a premier trial firm representing both plaintiffs and defendants in complex tort and commercial cases.

Now with 33 attorneys and over 50 supporting staff members, who work together in a fast-paced, team-oriented environment from a single office in Kansas City, Missouri, Wagstaff & Cartmell carries on the founders' original vision both within the Kansas City legal community and nationally. The Firm's growth has been through careful recruitment of partners, associates, and of counsels — many of whom left partner or senior associate positions at bigger firms. Others served judicial clerkships or worked for federal government agencies prior to joining Wagstaff & Cartmell.

Few firms combine as seamlessly a sophisticated defense practice representing large, public and private companies with a nationally recognized plaintiffs' practice in class actions, mass tort, and multi-district litigation. That did not happen overnight. When they first opened their doors, Tom Wagstaff and Tom Cartmell and their three-lawyer firm primarily defended hospitals, doctors, and other healthcare providers in malpractice cases. To this day, several of the largest and most respected hospital systems in the Midwest rely on Wagstaff & Cartmell for defense work and dispute resolution, as do other large companies including the largest privately owned company in Kansas City.

But the drive to create a sophisticated plaintiffs' practice was also present from the start, and it has helped fuel the Firm's growth. Wagstaff & Cartmell lawyers believe from their own experience that the perspective and credibility gained through defense work helps those lawyers, and their clients, on the plaintiff's side. Whether serving in national leadership positions in mass tort pharmaceutical or medical device MDLs, or serving as class counsel in leadership positions in national antitrust litigation, or representing individual plaintiffs in high-stakes catastrophic injury or complex commercial disputes, Wagstaff & Cartmell has the resources, the experience, and the drive to achieve the best results possible for its clients.

Today, the Firm's lawyers appear in cases throughout Missouri and Kansas, as well as in multi-district litigation, class actions, and mass tort cases throughout the United States. The Firm has lawyers licensed in Missouri, Kansas, Illinois, Arkansas, Colorado, Utah, the District of Columbia, and in numerous federal district courts and federal appellate courts, including the United States Supreme Court.

1



816.701.1100   **WAGSTAFFCARTMELL**.COM

## LEADERSHIP

Wagstaff & Cartmell attorneys have frequently been selected by clients or appointed by courts to leadership positions in national multi-district litigation, mass tort consolidations, and class actions, including the following recent or current appointments:

| CASE | COURT | LEADERSHIP ROLE |
|---|---|---|
| **In re Syngenta Litigation, Case No. 27-cv-15-3785 (Class Action and Mass Tort Consolidation)** | **4th Jud. Dist. Ct., MN** | **Plaintiffs' Steering Comm.** |
| Jaynes, et al. v. American Express Co., Case No. 15-cv-1598 (Antitrust Class Action) | E.D.N.Y. | Plaintiffs' Exec. Comm. |
| **In re Benicar Products Liability Litigation, MDL No. 2606** | **D.N.J.** | **Plaintiffs' Steering Comm.** |
| In re Effexor Products Liability Litigation, MDL No. 2458 | E.D. Pa. | Plaintiffs' Steering Comm. |
| **In re Incretin Mimetics Products Liability Litigation, MDL No. 2452** | **S.D. Cal.** | **Plaintiffs' Steering Comm.** |
| In re Coloplast Corp., Pelvic Repair System Products Liability Litigation, MDL No. 2387 | S.D. W.V. | Plaintiffs' Exec. Comm. |
| **In re Zoloft Product Liability Litigation, MDL No. 2342** | **E.D. Pa.** | **Plaintiffs' Steering Comm., Chair, Discovery Comm.** |
| In re Ethicon Pelvic Repair System Products Liability Litigation, MDL No. 2327 | S.D. W.V. | National Co-Lead Plaintiffs' Counsel |
| **In re Boston Scientific Corp., Pelvic Repair System Products Liability Litigation, MDL No. 2326** | **S.D. W.V.** | **Plaintiffs' Exec. Comm.** |
| In re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation, MDL No. 2325 | S.D. W.V. | Plaintiffs' Exec. Comm. |
| **Whitton v. Deffenbaugh Disposal, Inc. et al., Case No. 12-cv-2247 (Commercial Class Action)** | **D. Kan.** | **Co-Lead Class Counsel** |

2

W&C

816.701.1100   WAGSTAFFCARTMELL.COM

*Continued*
# LEADERSHIP

Wagstaff & Cartmell attorneys have frequently been selected by clients or appointed by courts to leadership positions in national multi-district litigation, mass tort consolidations, and class actions, including the following recent or current appointments:

| CASE | COURT | LEADERSHIP ROLE |
|---|---|---|
| In re Depuy Pinnacle Hip Implant Products Liability Litigation, MDL No. 2244 | N.D. Tex. | Plaintiffs' Steering Comm. |
| In re Polyurethane Foam Antitrust Litigation, MDL No. 2196 (Antitrust Class Action) | N.D. Ohio | Plaintiffs' Exec. Comm. |
| In re C.R. Bard, Pelvic Repair System Products Liability Litigation, MDL No. 2187 | S.D. W.V. | Plaintiffs' Exec. Comm. |
| In re 2003 NPM Adjustment Arbitration Proceedings (Consolidated Contract Dispute) | Consolidated Arbitration | Lead Outside Counsel (State of Kansas) |
| Dahl et al. v. Bain Capital Partners, LLC et al., Case No. 07-cv-12388 (Antitrust Class Action) | D. Mass. | Plaintiffs' Proposed Exec. Comm. |
| In re Ephedra Products Liability Litigation, MDL No. 2071 | S.D. N.Y. | Plaintiffs' Steering Comm. |
| In re Trasylol Products Liability Litigation, MDL No. 1928 | S.D. Fla. | Deposition Comm. |
| In re Avandia Marketing, Sales Practices and Products Liability Litigation, MDL No. 1871 | E.D. Pa. | Co-Lead Trial Counsel |
| In re Kugel Mesh Hernia Patch Products Liability Litigation, MDL No. 1842 | D. R.I. | Plaintiffs' Steering Comm. |
| In re Bextra and Celebrex Product Liability Litigation, MDL No. 1699 | N.D. Cal. | Co-Lead Trial Counsel and Plaintiffs' Steering Comm. |

816.701.1100   WAGSTAFFCARTMELL.COM

## RESULTS

Wagstaff & Cartmell attorneys and their clients have achieved impressive results in a wide variety of cases, including the following examples:

| CASE | COURT | OUTCOME |
|---|---|---|
| In re Bextra and Celebrex Product Liability Litigation, MDL No. 1699 | N.D. Cal. | $745 Million Settlement of Thousands of Injury Claims |
| Dahl et al. v. Bain Capital Partners, LLC et al., Case No. 07-cv-12388 | D. Mass. | $590.5 Million Settlement in Antitrust Class Action |
| In re 2003 NPM Adjustment Arbitration Proceedings | Consolidated Arbitration | Preserved up to $500 Million in MSA Payments for State of Kansas |
| In re Polyurethane Foam Antitrust Litigation, MDL No. 2196 | N.D. Ohio | $151 Million Preliminary Settlement for Class of Indirect Purchasers in Antitrust Class Action |
| In re Ephedra Products Liability Litigation, MDL No. 2071 | S.D. N.Y. | $50 Million Settlement of Hundreds of Injury Claims |
| In re Potash Antitrust Litigation, MDL No. 1996 | N.D. Ill. | $20.5 Million Settlement for Class of Indirect Purchasers in Antitrust Class Action |
| Citadel Plaza LLC v. City of Kansas City, Missouri, Case No. 1016-cv03781 | 16th Jud. Dist. Ct., Mo. | $15 Million Settlement for Developer Client in Breach of Contract Case |
| Johnson et al. v. Prime Tanning Corp. et al., Case No. 09BU-CV06421 | 5th Jud. Dist. Ct., Mo. | $10 Million Settlement for Class of Property Owners in Contamination Case |
| Perry v. Luu, et al., Case No. 1500-cv-279123 | Sup. Ct., Cal. | $5.7 Million Verdict in Bellwether TV Mesh Trial |
| Lopez-Aguirre v. Bd. Of Cnty. Comm'rs, et al., Case No. 12-2752 | D. Kan. | $3.5 Million Settlement in Civil Rights Prisoner Abuse Case |
| Huskey v. Ethicon, et al., Case No. 12-cv-05201 | S.D. W.V. | $3.27 Million Verdict in Bellwether TV Mesh Trial |

816.701.1100  WAGSTAFFCARTMELL.COM

# AREAS OF PRACTICE

### CLASS ACTIONS

In the past five years, Wagstaff & Cartmell attorneys have successfully certified classes and recovered hundreds of millions of dollars for class members in class action litigation, in cases ranging from environmental contamination in Northwest Missouri to antitrust violations on Wall Street. The Firm has developed significant expertise in the areas of antitrust, securities, consumer protection, pharmaceutical, and products liability class action litigation. Meanwhile, the Firm's lawyers have likewise defended large corporate clients in major class-action litigation. Through these experiences, the Firm has developed expertise in all phases of complex class action litigation.

### COMPLEX COMMERCIAL & ANTITRUST

The trial lawyers at Wagstaff & Cartmell have experience in a wide variety of complex commercial disputes, including the successful representation of small businesses, major corporations, and entrepreneurs. In particular, Wagstaff & Cartmell has developed a robust practice representing class action plaintiffs pursuing remedies for price fixing, bid rigging, and other forms of price manipulation. Wagstaff & Cartmell attorneys are frequently called to prosecute and defend claims involving contract disputes, business torts, intellectual property, ownership disputes, securities fraud, business-to-business litigation and FINRA arbitration. Wagstaff & Cartmell has the resources and experience necessary to navigate the sometimes turbulent waters of e-discovery, to handle large-scale motions and briefing projects, and ultimately to take complex commercial disputes all the way to trial if necessary.

### MASS TORT / DRUGS & DEVICES

Wagstaff & Cartmell is widely recognized as one of the country's leading plaintiffs' firms in drug and device products liability litigation. This recognition stems from the Firm's past successes, extensive experience, and excellent reputation acquired while pursuing and leading some of the largest drug and device products liability cases in United States.

The Firm is proud to take on the country's largest pharmaceutical and device manufactures on behalf of thousands of its own injured clients from across the United States. As a result, Wagstaff & Cartmell has become a choice destination for referring attorneys from around the country who trust that the Firm has the expertise and resources necessary to properly handle this type of complicated litigation. The Firm's results in this area, totaling in the billions of dollars, are a testament to its legal acumen and decades of experience in pursuing these types of claims.

### PERSONAL INJURY

Wagstaff & Cartmell represents individuals and families who have suffered catastrophic personal injuries or loss of life due to the negligence or fault of another. The Firm has secured major verdicts and settlements arising from commercial vehicle accidents, nursing home neglect, and mental health abuse in just the last couple of years and understands the tragic toll – physical, emotional, and financial – that unexpected accidents and injuries take on their victims and loved ones. Wagstaff & Cartmell lawyers know how to investigate, litigate, and try these cases to juries, when necessary, to obtain the best result possible for its clients and often their surviving family members. Wagstaff & Cartmell handles personal injury cases in state and federal courts across the United States.