# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOON BANG, RAZVAN VICTOR BENGULESCU, GERALD BEZEMS, SCOTT CROCKETT, FIFAT GORENER, CHRISTOPHER LESIEUR, LAWRENCE MARCUS, and MIKHAIL SULEYMANOV, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, BAVARIAN MOTOR WORKS, and DOES 1 through 10, inclusive,<br><br>    Defendants. | No. 2:15-cv-6945 (MCA)(LDW)<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARDS

**PLEASE TAKE NOTICE** that at the Final Fairness Hearing scheduled for September 10, 2018 at 2:30 p.m., Plaintiffs will move to have the Court enter the proposed order submitted herewith that will grant their unopposed motion seeking (1) the payment of $3,022,000 to Plaintiffs' counsel for the payment of their attorneys' fees and reimbursement of expenses, and (2) the payment of incentive awards in the amount of $3,500 each for Plaintiffs Joon Bang, Razvan Victor

1

Bengulescu, Gerald Bezems, Scott Crocket, Fifat Gorener, Christopher LeSieur, Lawrence Marcus, and Mikhail Suleymanov ($28,000 in total).[1]

**PLEASE TAKE FURTHER NOTE** that Plaintiffs will rely on the Memorandum of Law, Declarations of Counsel and other related materials in support of this motion.

**PLEASE TAKE FURTHER NOTE** that Defendants do not oppose this motion.

Dated: August 9, 2018                               Respectfully submitted,

**SAUDER SCHELKOPF LLC**

By: *//s// Matthew D. Schelkopf*
Joseph G. Sauder
Matthew D. Schelkopf
Joseph B. Kenney
555 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
jgs@sstriallawyers.com
mds@sstriallawyers.com
jbk@sstriallawyers.com

David C. Wright
**MCCUNE WRIGHT AREVALO, LLP**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Telephone: (909) 557-1250
dcw@mccunewright.com

---

[1] Plaintiffs will also request that the Court enter an order granting final approval to the settlement and dismissing this action with prejudice. A motion seeking that relief will be filed separately.

                                      Eric D. Barton
                                      Melody Dickson
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1100
ebarton@wcllp.com
mdickson@wcllp.com

***Attorneys for Plaintiffs and the Proposed Settlement Class***

## **CERTIFICATE OF SERVICE**

I, Matthew D. Schelkopf, hereby certify that the foregoing **Notice of Plaintiffs' Unopposed Motion for Attorneys' Fees, Expenses, and Incentive Awards** was filed on this 9th day of August, 2018, using the Court's CM/ECF system, thereby electronically serving it on all counsel of record in this case.

*/s/ Matthew D. Schelkopf*
Matthew D. Schelkopf