# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOON BANG, RAZVAN VICTOR BENGULESCU, GERALD BEZEMS, SCOTT CROCKETT, RIFAT GORENER, CHRISTOPHER LESIEUR, LAWRENCE MARCUS, and MIKHAIL SULEYMANOV, individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, BAVARIAN MOTOR WORKS, and DOES 1 through 10, inclusive,<br><br>        Defendants. | No. 2:15-cv-6945 (MCA)(SCM)<br><br>**CLASS ACTION** |

## PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER GRANTING FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that at the Final Approval Hearing scheduled for 2:30 p.m. on September 10, 2018, Plaintiffs will move to have the Court grant their unopposed motion seeking entry of an order granting final approval to the Settlement Agreement.[1] An exhibit listing those individuals who excluded themselves from the Settlement will be filed prior to the Final Approval Hearing.

**PLEASE TAKE FURTHER NOTE** that Plaintiffs will rely on the Memorandum of Law and other related materials in support of this motion.

---

[1] Plaintiffs will also request at this hearing that the Court enter an order approving their motion for attorneys' fees, expenses, and incentive awards. An unopposed motion seeking that relief was filed on August 10, 2018 (ECF No. 92).

1

**PLEASE TAKE FURTHER NOTE** that Defendants do not oppose this motion.

Dated:  August 30, 2018   Respectfully submitted,

By: *//s// Matthew D. Schelkopf*
Matthew D. Schelkopf
Joseph G. Sauder
Joseph B. Kenney
**SAUDER SCHELKOPF LLC**
555 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
Facsimile: (610) 421-1326
mds@sstriallawyers.com
jgs@sstriallawyers.com
jbk@sstriallawyers.com

David C. Wright
**MCCUNE WRIGHT AREVALO, LLP**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Telephone: (909) 557-1250
dcw@mccunewright.com

Eric D. Barton
Melody Dickson
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1100
ebarton@wcllp.com
mdickson@wcllp.com

*Attorneys for Plaintiffs and the Proposed Settlement Class*

3

## **CERTIFICATE OF SERVICE**

I, Matthew D. Schelkopf, hereby certify that on August 30, 2018, the foregoing motion and its accompanying materials were filed via the Court's ECF filing system, thereby electronically serving it on all counsel of record.

*/s/ Matthew D. Schelkopf*
Matthew D. Schelkopf